LAW OFFICE OF JOSEPH WEST
Joseph West, California Bar No. 218847
575 E. Locust Ave., Suite 120
Fresno, CA 93720
Tel.: (310) 478-0890
Fax: (310) 478-5010
westjoseph@earthlink.net

ATTORNEYS FOR:
HGM HOLDINGS LLC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HGM HOLDINGS LLC dba HGM BUSINESS GROUP;<br><br>Defendants. | Case No.: 1:18-CV-01058-LJO-BAM<br><br>DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES FROM DEFENDANTS FIRST AMENDED ANSWER |

TO THE HONORABLE LAWRENCE J. O'NEILL, UNITED STATES DISTRICT COURT JUDGE, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that HGM HOLDING LLC, hereby opposes the Motion of PAUL REIFFER ("Plaintiff") to strike affirmative defenses from the First Amended

Answer pursuant to FRCP Rule 56(f).  The Motion hearing is currently scheduled for December 27, 2018 at 8:30a.m. at the above entitled court.

Plaintiffs opposes the motion on the grounds that the motion to strike is disfavored, the motion lacks grounds on the face of the complaint and should fail in light of the policy of liberality in pleadings.  The plaintiffs are requesting the motion be denied

The appended Memorandum of Points and Authorities, as well as any and all oral arguments and such evidence as may be produced later.

Respectfully Submitted,

DATED: March 14, 2019          LAW OFFICE OF JOSEPH A. WEST

BY: _____
        Joseph A. West,
        Attorney for Defendants

DEFENDANTS'S OPPOSITION TO MOTION TO STRIKE AFFIRMATIVE DEFENSES FROM FIRST AMENDED ANSWER

# MEMORANDUM OF POINTS AND AUTHORITIES

## I

## BACKGROUND

The action was commenced on or about August 8, 2018 by complaint filed in This court. Plaintiffs complaint asserts he created a copyrighted work in 2014 and that defendants infringed on that work sometime between 2014 and when the complaint was filed. Plaintiffs complaint is a boilerplate complaint that is only six pages and is offers very limited facts.

## II. ARGUMENTS

**1. The motion to Strike should be denied because it is disfavored.**

The grounds for a motion to strike must appear on the face of the pleading under attack or from matters which the court may judicially notice. [Dah Chong Hong, Ltd. V Silk Greenhouse, Inc. (MD FL 1989) 719 F.Supp. 1072, 1073; SEC v. Sands (CD CA 1995) 902 F. Supp.1149, 1165.

Furthermore, when ruling upon a motion to strike the court must view the pleading under attack in the light more favorable to the pleader. [ Lazar v. Trans Union LLC (CD CA 2000) 195 FRD 665, 669]

Motions to strike are regarded with disfavor because they are often used as delaying tactics and because of the policy favoring resolution on the merits. [Stanbury Law Firm v. I.R.S. (8th Cir. 2000) 221 F3rd 1059, 1063; RDF Media Ltd. v. Fox Broadcasting Co. (CD CA 2005) 372 F.Supp.2nd 556, 566; Bureerong v. Uvawas (CD CA 1996) 922 F.Supp. 1450 1478]

DEFENDANTS'S OPPOSITION TO MOTION TO STRIKE AFFIRMATIVE DEFENSES FROM FIRST AMENDED ANSWER

Because the motion is disfavored and because the affirmative defenses are defenses that are commonly pled the motion should be denied.

### III.   CONCLUSION

For the reasons set forth herein plaintiff respectfully requests the Plaintiff's Motion to strike be denied or that leave should be granted to for defendants to amend the answer.

Dated: March 14, 2019

Respectfully Submitted,

LAW OFFICE OF JOSEPH WEST

BY: _____
Joseph A. West,
Attorney for Defendant;

---

DEFENDANTS'S OPPOSITION TO MOTION TO STRIKE AFFIRMATIVE DEFENSES FROM FIRST AMENDED ANSWER

**PROOF OF SERVICE**
**[CCP § 1012]**
STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is **575 E. Locust Ave., Suite 120 Fresno CA 93720**.

On the date below, the foregoing documents described as: **DEFENDANT HGM HOLDING LLC'S OPPOSITION TO MOTION TO STRIKE FIRST AMENDED COMPLAINT. 1:18-CV-1:18-cv-01058-LJO-BAM;** was served on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Jonah A. Grossbardt
> Sriplaw P.A.
> 1801 Century Park East, Suite 1100
> Los Angeles, CA 90067

X\_\_\_\_    **BY MAIL**

        X\_\_\_\_ I deposited such envelope in the mail at Fresno, California. The envelope was mailed with postage thereon fully prepaid.

        X\_\_\_\_ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Fresno, California in the ordinary course of business.

\_\_\_\_    **BY PERSONAL DELIVERY**

        \_\_\_\_ I caused to be delivered such envelope by hand to:

**Executed March 14, 2019 at Fresno, California.**

X\_\_\_\_    **STATE**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X\_\_\_\_    **FEDERAL**    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.