# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER,<br><br>    Plaintiff,<br><br>    v.<br><br>HGM HOLDINGS LLC, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01058-NONE-BAM<br><br>ORDER REQUIRING THE PARTIES TO APPEAR BY VIDEO AT JULY 30, 2020 SETTLEMENT CONFERENCE<br><br>(ECF No. 55) |

On June 18, 2020, an order issued setting a settlement conference in this matter for July 30, 2020 before the undersigned and ordered the parties appearance at the settlement conference. Given the current COVID-19 pandemic there will be no personal appearances and the Court finds that the settlement conference in this proceeding shall be held by videoconference via Zoom. All parties required to appear at the settlement conference shall appear using Zoom Meeting ID: 160-610-0141. Counsel for the parties shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for the meeting password.

IT IS SO ORDERED.

Dated:  **June 23, 2020**

_____
UNITED STATES MAGISTRATE JUDGE