# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER,<br><br>    Plaintiff,<br><br>    v.<br><br>HGM HOLDINGS LLC, et al.,<br><br>    Defendants. | Case No.  1:18-cv-01058-NONE-BAM<br><br>ORDER VACATING SETTLEMENT CONFERENCE |

    A settlement conference in this action is set for July 30, 2020 at 1:00 p.m. before the undersigned.  (ECF No. 55.)  Pursuant to the order setting the settlement conference, the parties were required to submit a confidential settlement statement to the Court seven days prior to the conference date.  The Court has timely received the confidential statement from Plaintiff Paul Reiffer, however no statement has been received from Defendants HGM Holdings LLC.

    This Court spends considerable time preparing for a settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success.  Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States.  The settlement conference statement assists the Court in adequately preparing for these matters.  They are not pro forma.

    Since Defendants have failed to comply with the order requiring the confidential settlement statement to be submitted to the Court, the July 30, 2020 settlement conference shall

1

be vacated. Should the parties desire another settlement conference date, they shall confer and contact the courtroom deputy with available dates. However, no settlement conference shall be set until Defendants submit a meaningful confidential settlement statement to the Court. See L.R. 270(d) ("If a party is submitting a confidential settlement conference statement, the party must file a one page document entitled 'Notice of Submission of Confidential Settlement Conference Statement.' ").

To the extent that Plaintiff may have incurred costs as a result of preparing to appear at the settlement conference, the Court will entertain a motion for reimbursement of costs. Plaintiff shall file and notice any such motion within fourteen days from the date of service of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference set for July 30, 2020, is VACATED;
2. The Court will re-set the settlement conference only upon the submission of a meaningful settlement conference statement by Defendants and at a time convenient to all parties and the Court; and
3. If Plaintiff desires to recover costs incurred as a result of preparing to appear at the settlement conference, a motion shall be filed within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**July 27, 2020**__                              _____
                                                          UNITED STATES MAGISTRATE JUDGE