# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER,<br><br>            Plaintiff,<br><br>      v.<br><br>HGM HOLDINS LLC,<br><br>            Defendant. | Case No.  1:18-cv-01058-NONE-BAM<br><br>ORDER REQUIRING PARTIES ATTENDANCE AT SETTLEMENT CONFERENCE |

    On June 18, 2020, an order issued setting a settlement conference before the undersigned. The parties were ordered to submit confidential settlement statements seven days prior to the settlement conference.  On July 27, 2020, after Defendant did not submit a timely confidential settlement statement, the July 30, 2020 settlement conference was vacated, to be reset once Defendant's confidential settlement statement was received.

    Defendant has now submitted a confidential settlement statement and a <u>video</u> settlement conference has been set for **September 4, 2020, at 10:00 a.m.** in Courtroom 9 before the undersigned.  If you have not already obtained your video contact information, please contact Mamie Hernandez, Court Clerk, before the settlement.

    The parties are reminded that unless otherwise permitted in advance by the Court, **<u>the attorneys who will try the case</u>** shall appear at the Settlement Conference **with the parties** and the person or persons having **<u>full authority</u>** to negotiate and settle the case **on any terms** at the

1

1  conference.

2  Accordingly, IT IS HEREBY ORDERED that the parties shall appear by video on
3  September 4, 2020 at 10:00 a.m. The parties shall contact Court, through the Courtroom Clerk,
4  to obtain further instructions on how to appear at the settlement conference by video.

IT IS SO ORDERED.

Dated: **August 6, 2020**

UNITED STATES MAGISTRATE JUDGE