# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>HGM HOLDINGS LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01058-NONE-BAM<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>TWENTY-ONE DAY DEADLINE |

This action was filed on August 7, 2018.  On September 4, 2020, this Court conducted a settlement conference.  During the settlement conference, the parties reached an agreement to settle this entire action, including the pending motion for attorney fees.  By this order the hearing set for September 16, 2020 will be vacated and the parties do not need to appear on that date.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **September 4, 2020**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1